ACCEPTED
06-18-00048-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/29/2018 4:25 PM
DEBBIE AUTREY
CLERK

No.  06-18-00048-CR
06-18-00049-CR

| | | |
|---|---|---|
| **JOE BRADLEY COCHRAN,** | § | **IN THE SIXTH DISTRICT** |
| *Appellant* | § | 6th COURT OF APPEALS |
| | § | TEXARKANA, TEXAS |
| **VS.** | § | **COURT OF APPEALS** 3/29/2018 4:25:19 PM |
| | § | DEBBIE AUTREY |
| | § | Clerk |
| **THE STATE OF TEXAS,** | § | |
| *Appellee* | § | **OF THE STATE OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/29/2018 4:25:19 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEARANCE

Appellant, Joe Bradley Cochran, designates Troy Hornsby as his counsel on appeal to the Sixth District Court of Appeals.

1.      Appellant, Joe Bradley Cochran, filed a notice of appeal on March 19, 2018.

2.      The Trial court appointed Troy Hornsby as appellate counsel in this matter on March 21, 2018 but I did not receive a copy until March 28, 2018.   A copy of that order is attached hereto as exhibit "A."

3.      Appellant, under the authority of Texas Rule of Appellate Procedure 6.1(c) designates Troy Hornsby as counsel for this appeal.

4.      The necessary information for Troy Hornsby is as follows:

Texas Bar No. 00790919
*Miller, James, Miller & Hornsby, L.L.P.*
1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
Telephone: 903-794-2711
Facsimile:   903-792-1276

5.      For these reasons, Appellant, Joe Bradley Cochran, asks the Court to instruct the clerk of this court to change the records to reflect that Troy Hornsby is counsel for Appellant, Joe Bradley Cochran, in this case on appeal.

DATED this 29th day of March,  2018.

Respectfully submitted,

*Miller, James, Miller & Hornsby, L.L.P.*

By: _____
  Troy Hornsby
  Texas Bar No. 00790919

1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
903.794.2711, f. 903.792.1276

Attorneys for Appellant
Joe Bradley Cochran

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing *Notice of Appearance* has this 29th day of March, 2018, been forwarded by the United States Postal Service regular mail to the following:

**Appellant**
Joe Bradley Cochran
Lamar County Jail
125 Brown Avenue
Paris, Texas 75460

**State's Attorney**
Jill Drake
Lamar County District Attorney's Office
119 N. Main Street
Paris, Texas 75460

**Trial Court Judge**
Hon. Wes Tidwell
119 N. Main Street
2nd Floor
Paris, Texas 75460

**Trial Attorney**
Jeff C. Starnes
36 Clarksville Street
Paris, Texas 75460

_____
Troy Hornsby

# IN THE SIXTH DISTRICT COURT OF LAMAR COUNTY, TEXAS

| | |
|---|---|
| **THE STATE OF TEXAS** | **ORDER APPOINTING ATTORNEY** |
| **VS.  CAUSE NO. 25539** | **ON APPEAL** |
| **JOE BRADLEY COCHRAN** | **DATE:  MARCH 21, 2018** |

IT IS HEREBY ordered that Honorable TROY HORNSBY, is hereby appointed to represent the above named defendant on appeal herein.

SIGNED  on this the 21st day of March, 2018.

_____
Judge Presiding

FILED FOR RECORD
LAMAR COUNTY, TEXAS
2018 MAR 21 PM 1:37
SHAWNTEL GOLDEN
DISTRICT CLERK
BY _____ DEPUTY

# IN THE SIXTH DISTRICT COURT OF LAMAR COUNTY, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS | │ | ORDER APPOINTING ATTORNEY |
| VS.         CAUSE NO. 27507 | │ | ON APPEAL |
| JOE BRADLEY COCHRAN | │ | DATE:   MARCH 21, 2018 |

IT IS HEREBY ordered that Honorable TROY HORNSBY, is hereby appointed to represent the above named defendant on appeal herein.

SIGNED  on this the 21st day of March, 2018.

_____
Judge Presiding

FILED FOR RECORD
LAMAR COUNTY, TEXAS

2018 MAR 21 PM 1:37

SHAWNTEL GOLDEN
DISTRICT CLERK

BY_____
Lacee Henry DEPUTY